IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DR. PRESTON BOLES                                                                                      PLAINTIFF

V.                                                                                         NO. 4:21-CV-88-DMB-JMV

GREENWOOD LEFLORE HOSPITAL                                                        DEFENDANT

**ORDER**

On June 8, 2023, the parties jointly moved to dismiss this case "with prejudice, with each party bearing their own costs," representing as cause that "[they] have amicably resolved all claims." Doc. #107 at PageID 873.

Based on the resolution of all claims, the joint motion [107] is **GRANTED**. This case is **DISMISSED with prejudice**, with the parties bearing their own respective costs.

**SO ORDERED**, this 9th day of June, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**