IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DR. PRESTON BOLES**                                                                       **PLAINTIFF**

**V.**                                                    **NO. 4:21-CV-88-DMB-JMV**

**GREENWOOD LEFLORE HOSPITAL**                                      **DEFENDANT**

## **JUDGMENT**

In accordance with the order entered this day, this case is **DISMISSED with prejudice**, with the parties bearing their own respective costs.

**SO ORDERED**, this 9th day of June, 2023.

                                                   /s/Debra M. Brown
                                                   **UNITED STATES DISTRICT JUDGE**